H. T. W. HUNTTING and Others, Individually and as Members of the Firm of BLYTH & BONNER, Respondents, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Judgment reversed upon the law and the facts, with costs, and judgment directed for defendant dismissing the complaint, with costs, upon the ground that the judgment is not only against the weight of the evidence but is contrary to the credible evidence. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made accordingly. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur. Settle order on notice.

MARION KNAPP, INC., Respondent, v. JULIUS TANNEN, Appellant.— Order of the County Court of Nassau county, denying defendant's motion to open his default and set aside the judgment, reversed upon the law and the facts, with ten dollars costs and disbursements, and defendant's motion to open his default, to set aside the judgment and to restore the action to the calendar for trial, granted upon condition that within ten days from service of the order upon this appeal he pay to plaintiff the taxable costs of the action to date; otherwise, order affirmed, with ten dollars costs and disbursements. This court is of opinion that the discretion of the learned county judge was improperly exercised in that it appears defendant's default was excusable and not willful and the action had only been noticed for trial two weeks prior to the first call of the calendar. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

ISRAEL KOENIGSBERGER, Respondent, v. ISIDOR KAHN and KAHN & CO., INC., Appellants.— Order denying defendants' motion to dismiss amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion to dismiss amended complaint granted, with ten dollars costs, upon authority of Boag v. Thompson (208 App. Div. 132). Lazansky, P. J., Rich and Young, JJ., concur; Seeger and Scudder, JJ., dissent upon the ground that equity will disregard the forms of a corporation where the interests of justice require and the facts warrant such action. (Thomashefsky v. Edelstein, 192 App. Div. 368.) That seems to be the situation in this case.

GUSTAVE KURTZER, Respondent, v. FRANK J. ALLOCCA, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.